IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SIX FLAGS ENTERTAINMENT CORPORATION<br>         Plaintiff,<br><br>VS.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br>         Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:21-cv-00693-P |

## PLAINTIFF'S RULE 26 DESIGNATION OF EXPERTS

Plaintiff Six Flags Entertainment Corporation ("Six Flags") files this Disclosure and Designation of Experts pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and this Court's Scheduling Order (Dkt. 19).

**I.**
**NON-RETAINED WITNESSES WHO MAY TESTIFY TO OPINIONS WITHIN THE REALM OF THEIR EXPERTISE**

Plaintiff designates the following individuals who are not retained or specially employed to provide expert testimony but who may be called to offer opinions at trial based on the witness' background, education, experience or training.

**(1)    Jonathan T. Suder**
    Shareholder
    Friedman Suder & Cooke
    604 East Fourth Street, Suite 200
    Fort Worth, Texas 76102
    Telephone (817) 334-0400

Mr. Suder has been licensed to practice law in the State of Texas for more than thirty-seven years.  He is expected to testify regarding the reasonable and necessary attorneys' fees incurred by Plaintiff in this coverage action through trial and appeal, including but not limited to, the reasonable and necessary fees associated with the claims Plaintiff has asserted against Defendant and the normal and customary charges in Texas for the legal services rendered.  Mr. Suder may

also testify regarding methods utilized to calculate attorneys' fees, as well as the factors considered to determine the reasonableness and necessity thereof, including all factors identified in *Arthur Anderson & Co. v. Perry Equip. Corp.*, 945 S. W. 2d 812, 818 (Texas. 1997).

    Mr. Suder's cv, Bates labeled Six Flags 000001 to 000002, has been produced.

**(2)**     **Nejat Ahmed**
Partner
LeMaster & Ahmed, PLLC
5700 Tennyson Parkway, Suite 310A
Plano, Texas 75024
Telephone: (972) 483-0410

    Ms. Ahmed has been licensed to practice law in the State of Texas for more than nineteen years. She is expected to testify regarding the reasonable and necessary attorneys' fees incurred by Plaintiff in this coverage action through trial and appeal, including but not limited to, the reasonable and necessary fees associated with the claims Plaintiff has asserted against Defendant and the normal and customary charges in Texas for the legal services rendered. Ms. Ahmed may also testify regarding methods utilized to calculate attorneys' fees, as well as the factors considered to determine the reasonableness and necessity thereof, including all factors identified in *Arthur Anderson & Co. v. Perry Equip. Corp.*, 945 S. W. 2d 812, 818 (Texas. 1997).

    Ms. Ahmed's cv, Bates labeled Six Flags 000003, has been produced.

**(3)**     **Jennifer LeMaster**
Partner
LeMaster & Ahmed, PLLC
8777 West Rayford Rd.,
Suite 200 PMB 303
Telephone: (832) 356-7983

    Ms. LeMaster has been licensed to practice law in the State of Texas for more than eighteen years. She may testify regarding the reasonable and necessary attorneys' fees incurred by Plaintiff through trial and appeal, including but not limited to, the reasonable and necessary fees associated with the claims Plaintiff has asserted against Defendant and the normal and customary charges in Texas for the legal services rendered. Ms. LeMaster may also testify regarding methods utilized to calculate attorneys' fees, as well as the factors considered to determine the reasonableness and necessity thereof, including all factors identified in *Arthur Anderson & Co. v. Perry Equip. Corp.*, 945 S. W. 2d 812, 818 (Texas. 1997).

    Ms. LeMaster's cv, Bates labeled Six Flags 000004, has been produced.

## III.
## OTHER WITNESSES AND RESERVATION OF RIGHTS

Plaintiff reserves the right to use testimony, either live or by deposition or by affidavit or ask questions live at trial, from any of the witnesses listed by any of the parties in this case or called to testify live at trial, whether in cross-examination, rebuttal, or direct testimony.

Plaintiff specifically reserve the right to call to testify and hereby designate any timely designated expert witness listed by any other party to this lawsuit, retained and/or non-retained. Plaintiff further reserves the right to elicit, by way of cross examination, opinions, testimony, and adverse testimony from experts and nonexpert witnesses designated and called by other parties to this suit.  Plaintiff reserves the right to call undesignated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of the evidence in this trial.  Plaintiff reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to re-designate same as a consulting expert, who cannot be called by opposing counsel.  Plaintiff hereby designates, as adverse parties, potentially adverse parties, and/or as witnesses associated with adverse parties, all parties to this suit, and all experts designated by any party to this suit, even if the designating party is not a party to this suit at the time of trial.  In the event a future or present party designates an expert, but then is dismissed for any reason from the suit or fails to call any designated expert, Plaintiff reserves the right to designate and/or call any such party or any such experts previously designated by any party.

Additionally, Plaintiff reserves any unmentioned rights with regard to experts, pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Civil Evidence, the case law regarding same and the rulings of this Court.  Plaintiff reserves the right to elicit expert, lay or adverse

opinions by way of examination, cross-examination or other means, from those witnesses designated by any other parties who may have knowledge of relevant facts and/or have been designated as expert witnesses. Further, Plaintiff hereby reserves the right to call as trial witnesses those individuals designated as persons with knowledge by any other parties in this cause of action. If a business entity is designated as a person with knowledge herein, you may assume that the appropriate custodian of records may testify as a person with knowledge.

Respectfully submitted,

By: */s/ Nejat A. Ahmed*

**JENNIFER B. LeMASTER**
Texas State Bar No. 24041063
jennifer@lalawtx.com
**NEJAT AHMED**
Texas State Bar No. 24034304
nejat@lalawtx.com
**LEMASTER & AHMED PLLC**
5700 Tennyson Parkway, Suite 310A
Plano, Texas 75024
Telephone: 972.483.0410
Facsimile: 972.483.0413

**ATTORNEYS FOR PLAINTIFF
SIX FLAGS ENTERTAINMENT CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of December 2021, a true and correct copy of the foregoing was transmitted via email to counsel for the parties as follows:

J. Price Collins
price.collins@wilsonelser.com
Ashley F. Gilmore
Ashley.gilmore@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
901 Main Street, Suite 4800
Dallas, Texas 75202

**COUNSEL FOR DEFENDANT
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA**

*/s/ Nejat A. Ahmed*
Nejat A. Ahmed