IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SIX FLAGS ENTERTAINMENT CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 4:21-CV-693 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Six Flags Entertainment Corporation and Defendant Travelers Casualty and Surety Company of America (collectively, the "Parties") through their respective attorneys, hereby stipulate to and request entry of an order dismissing with prejudice all claims and counterclaims asserted in this litigation. The parties further agree that each shall bear its own costs and attorney's fees.

Respectfully submitted,

By: */s/ Nejat A. Ahmed*
Jennifer B. LeMaster
Texas State Bar No. 24041063
jennifer@lalawtx.com
Nejat A. Ahmed
Texas State Bar No. 24034304
nejat@lalawtx.com
LeMaster & Ahmed PLLC
5700 Tennyson Parkway, Suite 310A
Plano, Texas  75024
Telephone:  972-483-0410
Facsimile:  972-483-0413

**ATTORNEYS FOR PLAINTIFF
SIX FLAGS ENTERTAINMENT CORPORATION**

1

--AND--

By:   */s/ Ashley F. Gilmore*
    J. Price Collins
    Texas State Bar No. 04610700
    price.collins@wilsonelser.com
    Ashley F. Gilmore
    Texas State Bar No. 50511704
    ashley.gilmore@wilsonelser.com
    WILSON ELSER MOSKOWITZ
      EDELMAN & DICKER LLP
    901 Main Street, Suite 4800
    Dallas, TX  75202-3758
    Telephone:   214-698-8000
    Facsimile:   214-698-1101

**ATTORNEYS FOR DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

This is to certify that, on April 26, 2022, a true and correct copy of the foregoing document was filed and served on all known counsel of record via the Court's CM/ECF system.

    */s/ Ashley F. Gilmore*
    Ashley F. Gilmore

2